1  Joel E. Tasca, Esq.
   Nevada Bar No. 14124
2  Lindsay C. Demaree, Esq.
   Nevada Bar No. 11949
3  Stacy H. Rubin, Esq.
   Nevada Bar No. 9298
4  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
5  Las Vegas, Nevada 89135
   Telephone: (702) 471-7000
6  Facsimile: (702) 471-7070
   tasca@ballardspahr.com
7  demareel@ballardspahr.com
   rubins@ballardspahr.com
8  *Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON KIBBEE, individually and on behalf of all and (sic) others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SMITH-PALLUCK ASSOCIATES CORP., d/b/a LAS VEGAS ATHLETIC CLUBS,<br><br>Defendant. | Case No. 2:18-cv-01848-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Plaintiff Jason Kibbee ("Plaintiff") and Defendant Smith-Palluck Associates Corp., d/b/a Las Vegas Athletic Clubs ("Defendant")[1] stipulate and agree that Defendant has up to and including November 16, 2018 to respond to Plaintiff's Complaint (ECF No. 1), to provide time to investigate Plaintiff's allegations and for Defendant to prepare a response.

*[Continued on the following page.]*

---

[1] By filing this Stipulation, Defendant is not waiving any defense, affirmative or otherwise, it may have in this matter.

DMWEST #18245944 v1

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

DATED this 5th day of November, 2018.

| HAINES & KRIEGER, LLC | BALLARD SPAHR LLP |
|---|---|
| By: /s/ David H. Krieger<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Shawn Miller, Esq.<br>Nevada Bar No. 7825<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br><br>Matthew I Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave.<br>Suite 170-109<br>Las Vegas, NV 89129<br><br>*Attorneys for Plaintiff* | By: /s/ Stacy H. Rubin<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Lindsay C. Demaree, Esq.<br>Nevada Bar No. 11949<br>Stacy H. Rubin, Esq.<br>Nevada Bar No. 9298<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED:

*/s/ George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

DATED: 11/06/2018

2

DMWEST #18245944 v1