Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
George Haines, Esq.
Nevada Bar No. 9411
Shawn W. Miller, Esq.
Nevada Bar No. 7825
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
Email: ghaines@hainesandkrieger.com
Email: smiller@hainesandkrieger.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JASON KIBBEE,<br><br>  Plaintiffs,<br><br>vs.<br><br>SMITH-PALLUCK ASSOCIATES CORP., doing business as LAS VEGAS ATHLETIC CLUBS,<br><br>  Defendant. | Case No.: 2:18-cv-01848-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES REGARDING MOTION TO STAY DISCOVERY AND HEARING DATE [FIRST REQUEST]** |

Plaintiff Jason Kibbee ("Plaintiff"), by and through his counsel of record, and Defendant Smith-Palluck Associates Corp., doing business as Las Vegas Athletic Clubs ("LVAC") have agreed and stipulated to the following:

1. On November 16, 2018, LVAC filed a *Motion to Stay Discovery* (the "Motion") [ECF Dkt.8].

2. Plaintiff's Response is due November 30, 2018. LVAC's Reply in Support of the Motion would thereafter be due December 7, 2018.

3. The Court scheduled a hearing on the Motion on December 14, 2018.

4. Plaintiff and LVAC have agreed to extend Plaintiff's response ten days in order to allow Plaintiff's counsel to contact the clients to address LVAC's pending Motion and obtain approval to file the response and to continue the hearing. Plaintiff and LVAC have also agreed to extend LVAC's reply ten days to account for the holiday season. As a result, both Plaintiff and LVAC hereby request this Court to further extend the date for Plaintiff to respond to LVAC's Motion until **December 10, 2018, LVAC's Reply in Support of its Motion until December 27, 2018, and to continue the hearing to January 14, 15, 16, or 17**. This stipulation is made in good

//
//
//
//
//
//
//
//
//

STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES REGARDING MOTION TO STAY DISCOVERY AND HEARING DATE [FIRST REQUEST] - 2

faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.

Dated November 28, 2018.

| /s/ Miles N. Clark | /s/ Joel E. Tasca |
|---|---|
| Matthew I. Knepper, Esq. | Joel E. Tasca, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 14124 |
| Miles N. Clark, Esq. | Lindsay C. Demaree, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 11949 |
| KNEPPER & CLARK LLC | Stacy H. Rubin, Esq. |
| 10040 W. Cheyenne Ave., Suite 170-109 | Nevada Bar No. 9298 |
| Las Vegas, NV 89129 | BALLARD SPAHR LLP |
| | 1980 Festival Plaza Drive, Suite 900 |
| David H. Krieger, Esq. | Las Vegas, Nevada 89135 |
| Nevada Bar No. 9086 | Telephone: (702) 471-7000 |
| HAINES & KRIEGER, LLC | Facsimile: (702) 471-7070 |
| 8985 S. Eastern Avenue, Suite 350 | tasca@ballardspahr.com |
| Henderson, Nevada 89123 | demareel@ballardspahr.com |
| | rubins@ballardspahr.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Smith-Palluck Associates Corp., doing business as Las Vegas Athletic Clubs* |

***Kibbee v. Smith-Palluck Associates Corp.***
***2:18-cv-01848-APG-GWF***

## ORDER GRANTING
## STIPULATION TO EXTEND BRIEFING DEADLINES REGARDING MOTION TO STAY DISCOVERY AND HEARING DATE

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 11/29/2018

STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES REGARDING MOTION TO STAY DISCOVERY AND HEARING DATE [FIRST REQUEST] - 3