Joel E. Tasca, Esq.
Nevada Bar No. 14124
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Stacy H. Rubin, Esq.
Nevada Bar No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
demareel@ballardspahr.com
rubins@ballardspahr.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON KIBBEE, individually and on behalf of all and (sic) others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SMITH-PALLUCK ASSOCIATES CORP., d/b/a LAS VEGAS ATHLETIC CLUBS,<br><br>Defendant. | Case No. 2:18-cv-01848-APG-GWF<br><br>**STIPULATION AND ORDER TO WITHDRAW MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANT'S MOTION TO DISMISS AND REQUEST TO VACATE HEARING DATE** |

Plaintiff Jason Kibbee ("Plaintiff") and Defendant Smith-Palluck Associates Corp., d/b/a Las Vegas Athletic Clubs ("LVAC") stipulate and agree to the following:

1. On November 16, 2018, LVAC filed a *Motion to Stay Discovery* (the "Motion") (ECF No. 8).

2. Plaintiff's response to the Motion was due November 30, 2018. However, Plaintiff and LVAC stipulated to extend Plaintiff's response. (ECF No. 12). In connection therewith, Plaintiff's response to the Motion was extended to December 10, 2018. (ECF No. 14).

3. The Court initially scheduled a hearing on the Motion for December 14, 2018 (ECF No. 10), and ultimately re-scheduled the hearing for January 15, 2019. (ECF No. 15).

DMWEST #18330433 v1

4. On December 10, 2018, Plaintiff filed a First Amended Complaint (ECF No. 16). As a result, Plaintiff and LVAC have agreed to withdraw the Motion, and request that the hearing set for January 15, 2019 be vacated.[1]

This stipulation is made in good faith and not for purposes of delay.

DATED this 11th day of December, 2018.

| KNEPPER & CLARK LLC | BALLARD SPAHR LLP |
|---|---|
| By: /s/ Miles N. Clark<br>Matthew I Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave.<br>Suite 170-109<br>Las Vegas, NV 89129 | By: /s/ Stacy H. Rubin<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Lindsay C. Demaree, Esq.<br>Nevada Bar No. 11949<br>Stacy H. Rubin, Esq.<br>Nevada Bar No. 9298<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 |
| David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Shawn Miller, Esq.<br>Nevada Bar No. 7825<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123 | *Attorneys for Defendant* |

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_/s/ George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

DATED: 12/11/2018

---

[1] By filing this Stipulation, LVAC does not waive filing a subsequent Motion to Stay Discovery.

2

DMWEST #18330433 v1