Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON KIBBEE, <br><br> Plaintiffs, <br><br> vs. <br><br> SMITH-PALLUCK ASSOCIATES CORP., doing business as LAS VEGAS ATHLETIC CLUBS, <br><br> Defendants. | Case No.: 2:18-cv-01848-APG-GWF <br><br> **JOINT MOTION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE AND DEFENDANT TO FILE REPLY TO MOTION TO DISMISS AMENDED COMPLAINT [ECF DKT. 24]** <br><br> **[FIRST REQUEST]** |

Plaintiff Jason Kibbee ("Plaintiff"), by and through his counsel of record, and Defendant Smith-Palluck Associates Corp., doing business as Las Vegas Athletic Clubs ("LVAC") have agreed to the following:

1. On September 24, 2018, the Plaintiff filed his Complaint. [ECF Dkt. 1]

JOINT MOTION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE AND DEFENDANT TO FILE REPLY TO MOTION TO DISMISS AMENDED COMPLAINT [ECF DKT. 24][FIRST REQUEST] - 1

2. On November 16, 2018, LVAC filed a Motion to Dismiss Complaint. [ECF Dkt. 7]

3. On December 10, 2018, Plaintiff filed his Amended Complaint. [ECF Dkt. 16]

4. On January 14, 2019, LVAC filed a Motion to Dismiss the Amended Complaint [Dkt.24].

5. Plaintiff's Response to LVAC's Motion to Dismiss Amended Complaint is due January 28, 2019.

6. Plaintiff and LVAC have agreed to extend Plaintiff's time to file their response in seven days in order to consider the arguments raised by LVAC. As a result, both Plaintiff and LVAC hereby request this Court to further extend the date for Plaintiff to file their response to Motion to Dismiss Amended Complaint until **February 4, 2019**, and LVAC to file its reply until **February 19, 2019**.[1] This agreement is made in good faith, is not interposed for delay, and is not

//
//
//
//
//
//
//
//
//
//

---

[1] February 18, 2019 is a holiday.

JOINT MOTION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE AND DEFENDANT TO FILE REPLY TO MOTION TO DISMISS AMENDED COMPLAINT [ECF DKT. 24][FIRST REQUEST] - 2

filed for an improper purpose.

Respectfully submitted,
January 25, 2019.

| | |
|---|---|
| /s/ *Miles N. Clark*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br><br>*Attorneys for Plaintiffs* | /s/ *Joel E. Tasca*<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Lindsay C. Demaree, Esq.<br>Nevada Bar No. 11949<br>Stacy H. Rubin, Esq.<br>Nevada Bar No. 9298<br>BALLARD SPAHR LLP<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, NV 89135<br>Email: tasca@ballardspahr.com<br>Email: demareel@ballardspahr.com<br>Email: rubins@ballardspahr.com<br><br>*Counsel for Defendant*<br>*Smith-Palluck Associates Corp.*<br>*doing business as Las Vegas Athletic Clubs* |

***Kibbee v. Smith-Palluck Associates Corp.***
***2:18-cv-01848-APG-GWF***

**ORDER GRANTING**
**JOINT MOTION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE**
**RESPONSE AND DEFENDANT TO FILE REPLY TO MOTION TO DISMISS**
**AMENDED COMPLAINT [ECF DKT. 24]**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: January 28, 2019.

JOINT MOTION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE AND DEFENDANT TO FILE REPLY TO MOTION TO DISMISS AMENDED COMPLAINT [ECF DKT. 24][FIRST REQUEST] - 3