Joel E. Tasca, Esq.
Nevada Bar No. 14124
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Stacy H. Rubin, Esq.
Nevada Bar No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
demareel@ballardspahr.com
rubins@ballardspahr.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON KIBBEE, individually and on behalf of all and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SMITH-PALLUCK ASSOCIATES CORP., d/b/a LAS VEGAS ATHLETIC CLUBS,<br><br>Defendant. | Case No. 2:18-cv-01848-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO STAY DISCOVERY (ECF No. 32), AND TO RESCHEDULE HEARING ON MOTION** |

Plaintiff Jason Kibbee ("Plaintiff") and Defendant Smith-Palluck Associates Corp., d/b/a Las Vegas Athletic Clubs ("Defendant") stipulate and agree that Defendant has up to and including February 27, 2019 to file its Reply Brief in Support of its Motion to Stay Discovery (ECF No. 32) and that the currently scheduled February 22, 2019 hearing on the Motion (see ECF 37) shall be rescheduled to Monday, March 4, 2019 at 1:30 p.m., which the parties understand to be an available time for the Court.

*[Continued on the following page.]*

DMWEST #36685066 v1

This extension of time is made in good faith due to the schedules and other commitments of Defendant's counsel, and is not for purposes of delay.

DATED this 13th day of February, 2019.

| KNEPPER & CLARK LLC | BALLARD SPAHR LLP |
|---|---|
| By: /s/ Miles N. Clark<br>Matthew I Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>10040 W. Cheyenne Ave.<br>Suite 170-109<br>Las Vegas, NV 89129<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Shawn Miller, Esq.<br>Nevada Bar No. 7825<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br><br>*Attorneys for Plaintiff* | By: /s/ Stacy H. Rubin<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Lindsay C. Demaree, Esq.<br>Nevada Bar No. 11949<br>Stacy H. Rubin, Esq.<br>Nevada Bar No. 9298<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED:

*/s/ George Foley Jr.*

UNITED STATES MAGISTRATE JUDGE

DATED: February 14, 2019

2

DMWEST #36685066 v1