# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON KIBBEE, | Case No.: 2:18-cv-01848-APG-GWF |
| Plaintiff | **Order Denying Motions as Moot** |
| v. | [ECF Nos. 24, 55, 57] |
| SMITH-PALLUCK ASSOCIATES CORP. d/b/a LAS VEGAS ATHLETIC CLUBS, | |
| Defendant | |

In light of the parties' notice of settlement (ECF No. 57)

IT IS ORDERED that the pending motions **(ECF Nos. 24, 55, 57) are DENIED as moot**.

DATED this 26th day of June, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE